UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HAROLD D. HOUSE,

           Plaintiff,

   - against -

ANDREW GREENBAUM, ARNON BERSSON,
DAVID BERSSON, NORM BERSSON, PRISM
TRADING GROUP LLC, PRISM GROUP LLC,
PRISM TRADING SCHOOL LLC, PRISM
TRADING LLC, SECURITIES TRADING
SCHOOL LLC, and NEIL GREENBAUM,

           Defendants.

-------------------------------------------------------------X

**JUDGMENT**
CV-10-3627(JS)(ETB)

     A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on December 6, 2011, granting the motion to dismiss of defendants Andrew Greenbaum, Prism Trading Group LLC, Prism Trading School LLC and Neil Greenbaum (the "Moving Defendants"), dismissing the complaint in its entirety, without prejudice, and directing the Clerk of Court to terminate all pending motions and to mark this matter closed, it is

     **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that the Moving Defendants' motion to dismiss is granted; that the Complaint is dismissed in its entirety without prejudice; and that this case is hereby closed.


Dated: Central Islip, New York
         December 9, 2011

                                                DOUGLAS C. PALMER
                                                CLERK OF THE COURT

                           BY:   /S/ CATHERINE VUKOVICH
                                            DEPUTY CLERK